# Exhibit "A" to Rule 1007-2 Declaration

## Consolidated List of Creditors Holding 20 Largest Unsecured Claims

Pursuant to Local Bankruptcy Rule 1007-2, the following is a list of those creditors holding the 20 largest unsecured claims against the Debtors. This list has been prepared from the books and records of the Debtors, and in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure in connection with the filing of the Debtors'[1] chapter 11 petitions. This list does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, (b) secured creditors unless the value of the collateral is less than the total amount of such creditor's claim or (c) claims held by any of the Debtors' employees.

The information set forth on this Schedule shall not constitute an admission of liability by, nor is binding on, the Debtors, and the failure to list a claim as contingent, disputed or subject to set-off shall not be a waiver of the Debtors' rights related hereto.

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt | Debtor(s) |
|---|---|---|---|---|
| ConGlobal Industries, Inc.<br>8200 West 185th Street<br>Tinley Park, IL 60487<br>Attn: Joe Brunetti<br>Tel:<br>Email: jbrunetti@in-termserv.com | $273,586.25 | | Container purchases | |
| Lawrence Group<br>319 N. 4th Street, Suite 1000<br>Saint Louis, MO 63102<br>Attn: Laura Conrad<br>Tel:<br>Email: laura.conrad@thelawrencegroup.com | $32,389.20 | | Design services | |
| Olshan<br>65 East 55th Street<br>New York, NY 10022<br>Attn: Ken Schlesinger<br>Tel:<br>Email: kschlesinger@olshanlaw.com | $18,261.50 | | Legal services | |
| PVE Sheffler, LLC<br>2000 Georgetown Drive<br>WCP III - #101, Jamison Morse<br>Sewickley, PA 15143-8992<br>Tel:<br>Email: jmorse@pvesheffler.com | $15,318.75 | | Engineering services | |

---

[1] The *Declaration of Paul Galvin Under Local Rule 1007-2 in Connection with Chapter 11 Filings and in Support of Certain "First Day" Motions* and this Exhibit A is filed in connection with the following chapter 11 debtors (collectively, the "**Debtors**"): SG Blocks, Inc., SG Building Blocks, Inc., and Endaxi Infrastructure Group, Inc.

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt | Debtor(s) |
|---|---|---|---|---|
| Baja Burritos<br>P.O. Box 12561<br>Charleston, SC 29422<br>Attn: Charles Wilson<br>Tel: (843) 670-5028<br>Email: bajaburritossc@gmail.com | $7,000.00 | | Deposit placed by customer on in-progress order | |
| IPFS Corporation<br>P.O. Box 412086<br>Kansas City, MO 64141-2086<br>Tel: (866) 223-4478<br>Email: | $5,858.29 | | Insurance premium financing | |
| Marcum Advisory Group<br>750 Third Avenue, 11th Floor<br>New York, NY 10017<br>Attn: Jonathan Tomazic<br>Tel:<br>Email: Jonathan.Tomazic@marcumllp.com | $4,383.00 | | Accounting services | |
| Magen's Bay Management, LLC<br>6501 Red Hook Plaza, Suite 201<br>St. Thomas, VI 00802<br>Attn: Lee Steiner<br>Tel: (340) 642-8400<br>Email: lee.steiner@sothebysrealty.com | $2,500.00 | | Deposit place by customer on in-progress order | |
| Alvarado Restaurant Group<br>924 W. Colfax Ave., Suite 203<br>Denver, CO 80204<br>Attn: Jeff Geller<br>Tel: (303) 741-0555<br>Email: JGeller@PaloAltoInc.com | $2,310.00 | | Deposit place by customer on in-progress order | |
| USVI Sotheby's Intern'l Realty<br>6501 Red Hook Plaza, Suite 201<br>St. Thomas, VI 00802<br>Attn: Lee Steiner<br>Tel: (340) 642-8400<br>Email: lee.steiner@sothebysrealty.com | $1,750.00 | | Deposit place by customer on in-progress order | |

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt | Debtor(s) |
|---|---|---|---|---|
| WK Design Group<br>351 California Street, Suite 350<br>San Francisco, CA 94104<br>Attn: Joel Karr<br>Tel:<br>Email: j.karr@wkdesigngroup.com | $1,684.90 | | Architectural services | |
| Edgar Agents, LLC<br>105 White Oaks Lane, Suite 104<br>Old Bridge, NJ 08857<br>Attn: Lauren Musto-Joest<br>Tel:<br>Email: lmusto@edgaragents.com | $1,500.00 | | SEC filing services | |
| Stevan Armstrong<br>912 Bluff Road<br>Brentwood, TN 37027<br>Tel:<br>Email: sarmstrong@sgblocks.com | $1,209.43 | | | |
| American Stock Transfer & Trust<br>P.O. Box 12893<br>Philadelphia, PA 19176-0893<br>Attn: Cindy Armenia<br>Tel:<br>Email: carmenia@amstock.com | $264.00 | | Employee plan management | |
| GlobeNewswire<br>c/o Wells Fargo<br>Lockbox 40200<br>P.O. Box 8500<br>Philadelphia, PA 19178-0200<br>Attn: Customer Response Team<br>Tel: (800) 955-3898<br>Email: ndqbilling@nasdaqomx.com | $254.77 | | Advertising services | |
| Hitman, Inc.<br>815-A Brazos Street, Ste. 183u<br>Austin, TX 78701<br>Tel: (702) 363-4301<br>Email: steve@yourhitman.com | $250.00 | | Advertising services | |
| KPFdigital<br>317 Greene Avenue, Apt. 3B<br>Brooklyn, NY 11238<br>Attn: Ken Feldman<br>Tel:<br>Email: kfeldman@kpfdigital.com | $79.00 | | Web design services | |

**List of Largest Secured Creditors**

Pursuant to Local Bankruptcy Rule 1007-2(a)(5), the following is a list of the secured creditors of the Debtor. This list has been prepared from the books and records of the Debtor, and in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure, in connection with the filing of the Debtor's case under chapter 11.

The information set forth on this Schedule shall not constitute an admission of liability by, nor is binding on, the Debtor, and the failure to list a claim as contingent, disputed or subject to set-off shall not be a waiver of any of the Debtor's rights related hereto.

| Name of Creditor | Amount of Claim | Description of Collateral | Estimated Value of Collateral | Contingent, Disputed, or Subject to Set-off |
|---|---|---|---|---|
| Hillair Capital Investments L.P.<br>c/o Hillair Capital Management LLC<br>345 Lorton Avenue, Suite 303<br>Burlingame, CA 94010<br>Attn: Sean M. McAvoy, Managing Member, Hillair Capital Advisors LLC | $3,352,440.00 | All assets and personal property of SG Blocks, Inc. The remaining Debtors are guarantors. | Unknown | |
| Dillon Hill Capital, LLC<br>200 Business Park Drive, Suite 306<br>Armonk, NY 10504<br>Attn: Bruce Grossman, Managing Partner & CEO | $741,000.00 | All assets and personal property of SG Blocks, Inc. The remaining Debtors are guarantors. | Unknown | |
| Frank Casano<br>10 West Street<br>New York, NY 10004 | $663,936.00 | All assets and personal property of SG Blocks, Inc. The remaining Debtors are guarantors. | Unknown | |
| Dillon Hill Investment Company, LLC<br>200 Business Park Drive, Suite 306<br>Armonk, NY 10504<br>Attn: Bruce Grossman, President | $370,500.00 | All assets and personal property of SG Blocks, Inc. The remaining Debtors are guarantors. | Unknown | |

BPOWERS/1820591.1/065531

| Name of Creditor | Amount of Claim | Description of Collateral | Estimated Value of Collateral | Contingent, Disputed, or Subject to Set-off |
|---|---|---|---|---|
| Scott Masterson<br>P.O. Box 202<br>East Marion, NY 11939 | $165,984.00 | All assets and personal property of SG Blocks, Inc. The remaining Debtors are guarantors. | Unknown | |
| Marc Nuccitelli<br>80 Rodeo Drive<br>Syosset, New York 11791 | $111,150.00 | All assets and personal property of SG Blocks, Inc. The remaining Debtors are guarantors. | Unknown | |

BPOWERS/1820591.1/065531

## Assets and Liabilities of the Debtors
[As of October 15, 2015 on an unaudited basis]

Total Assets…………………………………. $332,209.21
Total Liabilities………………………….. $5,774,929.09

**Publicly Traded Securities**

Pursuant to Local Bankruptcy Rule 1007-2(a)(7), the Debtors securities which are publicly held are as follows:

| Class of Stock | Number of Shares | Total Number of Shareholders |
|---|---|---|
| Common stock | 42,918,927 | 107 |

The following is a list of stock held by the Debtors' Officers and Directors:

| Stockholder Name | Relationship to Debtor | Total Number of Shares Held |
|---|---|---|
| Paul Galvin | Director and Chief Executive Officer | 8,041,460 |
| Joseph Tacopina | Director | 2,810,986 |
| Stevan Armstrong | Director, President, and Chief Operating Officer | 4,034,887 |
| J. Scott Magrane | Director | 600,776 |
| Christopher Melton | Director | 551,929 |
| Brian Wasserman | Director and Chief Financial Officer | 1,611,906 |
| Jennifer Strumingher | Director | 390,954 |

**Note:** Only the securities of Debtor SG Blocks, Inc. are publicly held.

## Debtors' Property Not in Their Possession

Pursuant to Local Bankruptcy Rule 1007-2(a)(8), below is a list of locations where property of the Debtors is in the possession or custody of certain inventory centers or public warehouses:

ConGlobal Industries, Inc.
8831 Moncrief Dinsmore Rd.
Jacksonville, Florida 32219

New York Boom Service
413-417 Frelinghuysen Ave,
Newark, New Jersey 07114-1426

## **List of Owned/Leased Premises**

      Pursuant to Local Bankruptcy Rule 1007-2(a)(9), listed below is the property or premises owned, leased or held under other arrangements by the Debtors from which the Debtors operate their business.

Lease:

115 W 18th Street
Third Floor
New York, NY 10011

**Location of Debtor's Books and Records**

Pursuant to Local Bankruptcy Rule 1007-2(a)(10), the Debtors' books and records are located in the following locations:

Debtors' Offices:
115 W 18th Street
Third Floor
New York, NY 10011

Kevin King:
912 Bluff Road
Brentwood, TN 37027

Janover LLC:
100 Quentin Roosevelt Blvd.
Garden City, NY 11530

## **Litigation**

Pursuant to Local Bankruptcy Rule 1007-2(a)(11), there are no known actions or proceedings, pending or threatened, against the Debtors or their property where a judgment against the Debtors or a seizure of their property may be imminent.

**Senior Management**

Pursuant to Local Bankruptcy Rule 1007-2(a)(12), the following is a list of individuals comprising the Debtors' existing senior management, describing their tenure and relevant responsibilities and experience.

| Name/Position | Experience/ Responsibilities |
|---|---|
| Paul M. Galvin<br>Chairman of the Board and Chief Executive Officer | Mr. Galvin has served as the Chief Executive Officer of the Debtors, and their predecessor entity, since April 2009; and as a director of the Debtors and their predecessor entity since January 2007. Mr. Galvin brings to the Debtors over 20 years of experience developing and managing real estate including residential condominiums, luxury sales, market rate and affordable rental projects. Prior to his involvement in real estate, he founded a non-profit organization that focused on public health, housing and child survival, and where he served for over a decade in a leadership position. Mr. Galvin holds a B.S. in Accounting from LeMoyne College and a Master's Degree in Social Policy from Fordham University. |
| Stevan Armstrong<br>President and Chief Operating Officer | Mr. Armstrong has served as the Chief Executive Officer of the Debtors, and their predecessor entity, since April 2009; and as a director of the Debtors and their predecessor entity since January 2007. Prior to joining the Debtors, he was a minority partner (owner) and Chief Construction Officer for Stratford Companies, a large Senior Housing development group, from 2003 until fully phasing out in March 2010, where he had complete responsibility for all engineering, design construction and commissioning of over $250,000,000 of facilities over a three year period. Mr. Armstrong holds a Bachelor of Architectural Engineering from Penn State University and an M.S. in Engineering from George Washington University. |
| Brian Wasserman<br>Chief Financial Officer | Mr. Wasserman joined the Debtors as Chief Financial Officer, pursuant to a consulting agreement, in 2011. Mr. Wasserman served as Chief Executive Officer of ContinuityX Solutions, Inc. from August 16, 2012 to February 7, 2013. Mr. Wasserman has been a Partner and a Director of Forensic Services at Janover, LLC, a public accounting firm since January 2010 and the Chief Executive Officer of BAW, a financial consulting business, since September 2005. Mr. Wasserman was a founder, the Chief Financial Officer and Treasurer of Newtek Business Services, Inc. (NASDAQ Symbol "NEWT") from September 1997 through July 2005. Mr. Wasserman is a licensed New York State Certified Public Accountant and holds a BS in Accounting from Lehigh University. |

## **Payroll**

Pursuant to Local Bankruptcy Rule 1007-2(b)(1)-(2) (A) and (C), the following provides the Debtors' estimated monthly payroll for employees (not including officers, directors and stockholders), and the estimated amount to be paid to officers, directors, stockholders, and financial and business consultants retained by the Debtor, for the thirty-day period following commencement of the Debtor's chapter 11 case.

| Position Title | Employee | 30 Calendar Days 10/15 thru 11/14 Payroll |
|---|---|---|
| **Officers:** | | $21,656.00 |
| **Employees:** | | $24,056.00 |
| **Total All** | | $45,712.00 |

**Note**: The only Debtor that has payroll obligations owing to employees is SG Blocks, Inc. The remaining Debtors have do not have any operations.

**Estimate Cash Receipts/Budget**

Pursuant to Local Bankruptcy Rule 1007-2(b)(3), the following provides, for the thirty-day period following commencement of their chapter 11 cases, the Debtors' estimated cash receipts and disbursements, net cash gain or loss, and obligations and receivables expected to accrue that remain unpaid, other than professional fees.

See attached budget.